UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BARON JOHNSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-1627** |
| **HARRY LEE, ET AL** | **SECTION "I" (4)** |

### O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

**IT IS ORDERED** that the Title 42 U.S.C. § 1983 complaint filed by Johnson against "Resigned" Governor Edwin Edward, "Resigned" Governor Kathleen Blanco, Governor Bobby Jindal, District Attorney Paul D. Connick, Jr., West Jefferson Medical Center, Jefferson Parish Human Services Authority Mental Health Clinic, Sheriff Harry Lee, Linda Ramony, and the State of Louisiana is **DISMISSED WITH PREJUDICE** as frivolous and/or for failure to state a claim for which relief can be granted pursuant to § 1915(e)(2), § 1915A, and §1997e.

**IT IS FURTHER ORDERED** that the Title 42 U.S.C. § 1983 complaint filed by Johnson against James M. LeBlanc, Department of Public Safety and Corrections, Burl Cain, Warden of Louisiana State Penitentiary, Louisiana Department of Corrections, Ruth Jackson, Newell Normand,

Jefferson Parish Sheriff's Office, and the Fifth Circuit Court of Appeals is **DISMISSED WITH PREJUDICE** as malicious pursuant to § 1915(e)(2)(b) and § 1915A.

New Orleans, Louisiana, this 20th day of November, 2014.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**